EL PUEBLO, DEMANDANTE Y APELADO, *v.* CARTAGENA,
ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa por acometimiento y agresión con circunstancias agravantes.

No. 1625.—Resuelto en diciembre 23, 1920.

ACOMETIMIENTO Y AGRESIÓN CON CIRCUNSTANCIAS AGRAVANTES—BASTÓN USADO PARA AGREDIR—APRECIACIÓN DE PRUEBA POR LA CORTE INFERIOR.—Habiéndose alegado en la denuncia que la agresión se hizo ''con un bastón de hierro,'' y probado en juicio que para realizar el delito el acusado usó una varilla de hierro que el juez sentenciador apreció ser un bastón, en ausencia de prueba de que tal apreciación fuera errónea, es preciso concluir que se ajustó a las alegaciones y a la prueba una sentencia que declaró al acusado convicto de acometimiento y agresión con circunstancias agravantes.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. A. Trujillo Güil.* En apelación compareció a la vista el *Sr. C. Iriarte.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

La denuncia que dió origen al presente caso en lo pertinente dice así:

"Que en enero 20 de 1919 como a las 8.30 a. m. y en la Calle San Francisco frente a la Farmacia Blanco, del Distrito Judicial Municipal de San Juan, P. R. El acusado arriba expresado maliciosa y voluntariamente y con el propósito de inferirle grave daño corporal a Andrés Rodríguez Vera, le acometió y agredió con un bastón de hierro que portaba, dándole con él en distintas partes del cuerpo causándole varias contusiones. ＊ ＊ ＊ "

En 10 de marzo de 1919 se celebró el juicio en la Corte de Distrito de San Juan, Sección Segunda, y practicadas las pruebas, el juez por sentencia de 31 del propio marzo declaró al acusado culpable del delito que se le imputa y lo condenó a sufrir un año de cárcel y al pago de las costas con abono de la prisión preventiva sufrida.

El condenado apeló para ante esta Corte Suprema, alegando como motivos del recurso que los hechos relatados en la denuncia no son constitutivos del delito de acometimiento y agresión grave, pues en ella no se expresa que el bastón usado por el acusado fuera un arma mortífera por sus proporciones, o que causara deshonra a la persona agredida, o que con él se le causaran a ésta heridas graves, no habiéndose demostrado tampoco la existencia de todas o de alguna de dichas circunstancias, por lo que pide que se revoque la sentencia apelada calificando el delito de acometimiento simple.

La mera lectura de la denuncia muestra que los hechos imputados al acusado constituyen un delito de acometimiento y agresión con la circunstancia agravante sexta de las que enumera la sección sexta de la ley sobre la materia, aprobada en 10 de marzo de 1904, por haberse hecho uso de un bastón infiriendo así deshonra a la persona agredida; y bajo esa teoría tenemos que llegar a la conclusión mediante el examen de la evidencia que habiéndose probado que el acusado para verificar el acometimiento y agresión hizo uso de una varilla que el juez sentenciador tuvo a la vista y que él apreció ser un bastón, sin que el apelante haya demostrado

error en esa apreciación, la sentencia se ajusta tanto a la denuncia como al resultado de las pruebas.

Como la denuncia no se hizo bajo la teoría de que se hiciera uso de un arma mortífera o de que se causaran al agredido lesiones graves, sino bajo la teoría ya expuesta de haberse usado un bastón, huelga examinar si el bastón usado era o no un arma mortífera o si las contusiones fueron o no graves.

Es de confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.